UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEPHANIE WILSON, | |
| Plaintiff, | No. C13-728 RSM |
| v. | MINUTE ORDER |
| SUNTRUST MORTGAGE, INC., AND NORTHWEST TRUSTEE SERVICES, INC., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

The May 9, 2013 hearing on Plaintiff's motion for a temporary restraining order is memorialized as follows:

(1) The TRO is granted to maintain the status quo;

(2) The matter is referred to United States Magistrate Judge James Donohue for early settlement proceedings;

(3) The Trustee's sale is restrained for sixty (60) days;

(4) Plaintiff shall deposit $1,079.16 into the Registry of the Court every thirty (30) days;

MINUTE ORDER - 1

(5) The first payment shall be due on Friday, May 10, 2013.

DATED this 9th day of May 2013.

                                  WILLIAM McCOOL, Clerk

                                  By: /s/ Rhonda Stiles
                                        Deputy Clerk

MINUTE ORDER - 2