UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEPHANIE WILSON,<br><br>        Plaintiff,<br><br>        v.<br><br>SUNTRUST MORTGAGE, INC., AND NORTHWEST TRUSTEE SERVICES, INC.,<br><br>        Defendants. | No. C13-728 RSM<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

    The May 9, 2013 hearing on Plaintiff's motion for a temporary restraining order is memorialized as follows:

    (1) The TRO is granted to maintain the status quo;

    (2) The matter is referred to United States Magistrate Judge James Donohue for early settlement proceedings;

    (3) The Trustee's sale is restrained for sixty (60) days;

    (4) Plaintiff shall deposit $1,079.16 into the Registry of the Court every thirty (30) days;

MINUTE ORDER - 1

(5) The first payment shall be due on Friday, May 10, 2013.

DATED this 9th day of May 2013.

                                          WILLIAM McCOOL, Clerk

                                          By: /s/ Rhonda Stiles
                                                  Deputy Clerk

MINUTE ORDER - 2