**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STEPHANIE WILSON, | No. C13-728 RSM |
| Plaintiff, | **ORDER GRANTING MOTION OF DEFENDANT SUNTRUST MORTGAGE, INC. FOR DISSOLUTION OF RESTRAINING ORDER AND DISBURSEMENT OF FUNDS IN COURT REGISTRY** |
| v. | |
| SUNTRUST MORTGAGE, INC. and NORTHWEST TRUSTEE SERVICES, INC. | |
| Defendants. | |

This matter having come before the Court on Defendant SunTrust Mortgage, Inc.'s ("SunTrust's") unopposed Motion for Dissolution of Restraining Order and Disbursement of Funds in Court Registry (Dkt. # 28), and the Court having considered the following:

1. SunTrust's Motion and the arguments therein; and

2. The Declaration of Marissa McGrath in support thereof.

The Court being fully advised of the issues presented, and it appearing that dissolution of the May 9, 2013 Order Restraining Sale is appropriate; now, therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Order Restraining Sale entered on May 9, 2013, as noted in Docket No. 15, is to be dissolved effective immediately, and thenceforth ineffective from the date set forth herein. There is no present legal

prohibition against conducting a Trustee's Sale of 922 7th St. S.E., Auburn, WA 98002 in accordance with state law requirements.

FURTHERMORE, SunTrust is entitled to receive disbursement of $5395.80 held in the Court Registry in connection with this case forthwith. The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $5395.80 plus all accrued interest, minus any statutory users fees, payable to SunTrust and mail or deliver the check to SunTrust.

DATED this 4 day of February 2014.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE