**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STEPHANIE WILSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUNTRUST MORTGAGE, INC. and ) <br> NORTHWEST TRUSTEE SERVICES, INC. ) <br> ) <br> Defendants. ) <br> _____) | No. C13-728 RSM <br><br> **ORDER GRANTING** <br> **MOTION OF DEFENDANT** <br> **NORTHWEST TRUSTEE SERVICES,** <br> **INC. TO SET TRUSTEE'S SALE DATE** <br> **UPON DISSOLUTION OF** <br> **RESTRAINING ORDER** |

This matter having come before the Court on Defendant Northwest Trustee Services Inc.'s ("NWTS") <u>unopposed</u> Motion to Set Trustee's Sale Date (Dkt. # 29), and the Court having considered said Motion, with the undisputed facts set forth therein, and the pleadings and records in this case, it appears to the Court that good cause for the entry of this Order has been shown; now, therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to RCW 61.24.130(3):

The Trustee's Sale date for the Property at 922 7th St. S.E., Auburn, Washington 98002 (legal description: Lot(s) 14 and 15, Block 5, Railroad Addition to Auburn, According to the Plat Thereof Recorded in Volume 20 of Plats, Page(s) 35, in King County, Washington. A.P.N.:

711600-0225-05) is established to be properly set for <u>Friday, March 21, 2014</u>.  NWTS shall comply with all applicable statutory prerequisites in RCW 61.24.040(1)(a-f) prior to this sale date.

DATED this 4 day of February 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE