UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEPHANIE WILSON,<br><br>  Plaintiff,<br><br>  v.<br><br>SUNTRUST MORTGAGE, INC., AND NORTHWEST TRUSTEE SERVICES, INC.,<br><br>  Defendants. | No. 2:13-cv-00728<br><br>ORDER DISMISSING CASE |

This matter comes before the Court on Defendants' <u>unopposed</u> Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 (Dkt. # 33).  Plaintiff has taken no action in this case since the Court granted her attorneys' motion for withdrawal of counsel (Dkt. # 30). The Court's previous Orders that dissolved the restraining order (Dkt. # 31) and granted permission to set the Trustee's sale (Dkt. # 32) were returned as undeliverable. Dkt. # 36. Defendants also state that their motion for summary judgment was returned as undeliverable. Dkt. # 37. Under these circumstances, the Court finds involuntary dismissal without prejudice appropriate pursuant to LCR 41(b)(2). The Rule states: "If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service . . . and if such plaintiff fails to notify the court and opposing parties within 60

ORDER DISMISSING CASE- 1

days thereafter of his or her current mailing address, the court may dismiss the action without prejudice for failure to prosecute." *Id.*

Plaintiff's returned mail was received by the Clerk on February 28, 2014. More than sixty days have passed and Plaintiff has failed to notify the Court of her new address or e-mail. Accordingly, the action is dismissed without prejudice for failure to prosecute, and Defendants' motion for summary judgment (Dkt. # 33) is stricken as moot.

DATED this 1 day of July 2014.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE- 2